# United States District Court

__**EASTERN**__ DISTRICT OF __**TENNESSE**__

KIM M. JONES,                                               JUDGMENT IN A CIVIL CASE

                    V.

MICHAEL J. ASTRUE,                                    CASE NUMBER: 3:09-cv-26
Commissioner of Social Security

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

    __August 31, 2009__                                     Patricia L. McNutt, Clerk
Date

                                                                                 By   __s/ A. Brush__
                                                                                        Deputy Clerk